UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Plaintiff,                    ORDER

vs                                       6:06-CR-6156 (1)

KENNETH ALEXANDER

          Defendant.

_____

The sum of $1,500.00 was deposited in the Registry of this Court on August 29, 2006 by Angela R. Nelson, the Surety herein, to secure the appearance before this Court of Kenneth Alexander, the Defendant herein, to answer to charges pending against him.

On October 19, 2007 before the Hon. David G. Larimer, the Defendant pled guilty and was released pending sentencing. Conditions of release were modified to vacate the appearance bond.

N O W, upon direction of the Court requesting the refund of said cash bail, with no oral objection from the government to return bail, it is

O R D E R E D, that the Clerk of the Court is hereby directed to issue a U.S. Treasury check payable to Angela R. Nelson in the amount of $1,500.00 representing the refund of said cash bail.

                                                      HON. DAVID G. LARIMER
                                                      UNITED STATES DISTRICT JUDGE

Dated:      October 26, 2007
               Rochester, New York